**Karen CHMURA, Appellant,**

v.

**Chris CHMURA, Respondent.**

**WD 79700**

Missouri Court of Appeals, Western District.

ORDER FILED: April 18, 2017

Sherry D. DeJanes, Kansas City, MO, Attorney for Appellant.

Samantha I. Sader and Nicole M. Fisher, Kansas City, MO, Attorneys for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, and Victor C. Howard and Gary D. Witt, Judges

### Order

Per Curiam:

Karen Chmura appeals the trial court's termination of her monthly maintenance from her ex-husband, Chris Chmura. Finding no error, we affirm. Rule 84.16(b).